UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM COVERT,**

        **Plaintiff,**

**v.**                                       **Case No. 6:25-cv-1071-CEM-NWH**

**ARIELLE C. HACKING, DEREK
BROWN, THOMAS HIGBEE,
MATTHEW BELL, and
GREGORY ORME,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 31). The United States Magistrate Judge issued a Report and Recommendation (Doc. 33), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order.

2.  Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 31) is **DENIED**.

3.  It is **CERTIFIED** that Plaintiff's appeal lacks an objective good faith basis.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party